F. Anthony Edwards and Sharon de Edwards
In Pro Se
2121 N. California Blvd.
Suite 290
Walnut Creek, CA 94596
Phone: 925-788-4850
Facsimile: 925-754-1902

FILED LM 12:32 pm
AUG 17 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

SHARON YVETTE DE EDWARDS
AND FERNANDO ANTHONY
EDWARDS,

Debtors.

Case No.: 08-41073 LT
CHAPTER 7

NOTICE OF MOTION AND MOTION FOR
ORDER COMPELLING TRUSTEE TO
ABANDON DEBTORS' CLAIM AS AN
ASSET OF THE ESTATE
[11 USC §554(b)]

Date:                              , 2010
Time:       __:00 _.m.
Place:      Courtroom 201

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on _____, _____ 2010, at __:00 __.m.,
or as soon thereafter as Debtors may be heard, the Debtors will move the Court for an
Order compelling the trustee to abandon Debtors' claim(s) as an asset of the estate.

The motion will be based on this Notice, the Memorandum of Points & Authorities
in support, and on the records on file with the Court.

Dated: August 17, 2010

By: _____
F. Anthony Edwards
On behalf of Debtors in Pro Se

Notice of Motion for Abandonment