Fernando Anthony Edwards &
Sharon Y. de Edwards
Debtors In Pro Se
2121 N. California Blvd.
Suite 290
Walnut Creek, CA 94598
Telephone: (925)788-4850


FILED LM
AUG 24 2010 10:23 A.M
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In Re:

FERNANDO EDWARDS and SHARON Y de EDWARDS,

Debtors.

Case No.: 08-41073
CHAPTER 7

Adv. Case No. 10-04153

# CERTIFICATE OF SERVICE

I, ERICA FRAGA declare:

That I am a citizen of the United States of America and employed in Contra Costa County by Debtors; that my business address is 3432 Hillcrest Avenue, Suite 125, Antioch, CA 94531; that I am over the age of eighteen (18) years and not a party to the above-entitled action.

I further certify that I caused to be served a copy of the following:

NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S CLAIM AS AN ASSET OF THE ESTATE, AND MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT.

To be served this date upon the parties in this action by placing a true and correct copy in a sealed envelope, and served as first class mail by placing such envelopes with postage thereon fully prepaid in the designated area for outgoing U.S. mail in

with our office standard mailing practices, to the parties addressed as follows:

    SEE ATTACHED LIST

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on August 23, 2010 at Antioch, California.

_____
Erica Fraga

1
2  Mariam Marshall
   350 Frank Ogawa Plaza, #603
3  Oakland, CA 94612

4  Cynthia Stier, AUSA
   450 Golden Gate Ave, 9th Floor
5  San Francisco, CA 94102

6  Contra Costa County Tax Collector
   c/o Contra Costa County Assessor's Office
7  555 Escobar Street
   Martinez, California 94553
8
   California Service Bureau, Inc.
9  c/o Cutler, McLaughlin & Hendrickson
   3510 Unocal Place
10 Santa Rosa, California 95404

11 Atkinson-Baker, Inc.
   500 North Brand Blvd., Third Floor
12 Glendale, California 91203

13 Mullin Law Firm
   Ronald K. Mullin
14 1320 Willow Pass Road, Suite 420
   Concord, California 94520
15
   Sternberg & Coad-Hermelin LLP
16 540 Lennon Lane
   Walnut Creek, California 94598
17
   Just Water Heaters
18 3400 Investment Boulevard
   Hayward, California 94545
19
   Countrywide Home Loans
20 1800 Tapo Canyon Road SV-79C
   Simi Valley, California 93063
21
   California State Franchise Tax Board
22 Legal Branch Attention: Chief Counsel John Davies
   P.O. Box 2229
23 Sacramento, California 95812-2229

24 Barry R. Thompson
   Re: CBA Collection Bureau of America
25 Case #CGC06-458703,
   25954 Eden Landing Road - 1st Floor
26 Hayward, California 94545

27 Sun-Brite Professional Service, Inc.
   c/o Nesbitt & Bell, LLP
28 9601 Wilshire Blvd, Suite 828
   Beverly Hills, California 90210

| | |
|---|---|
| 1 | Javier Sanchez |
| | 3577 Fruitvale Ave. |
| 2 | Oakland, California 94602 |
| 3 | Community Fund LLC |
| | 3577 Fruitvale Ave. |
| 4 | Oakland, California 94602 |